UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMANDA JANEIRO,<br>　　Plaintiff<br><br>v.<br><br>APPLE HEALTH CARE, INC. and<br>THE CLIPPER HOME, INC. d/b/a<br>APPLE REHAB CLIPPER<br>　　Defendants | :<br>:<br>:   C.A. No.: 1:20-cv-00490-MSM-PAS<br>:<br>:<br>:<br>:<br>:<br>: |

## DISMISSAL STIPULATION

Now come the parties in the above-cited matter, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby stipulate that the above-captioned matter shall be dismissed with prejudice; no interest, costs or fees to any party.

| | |
|---|---|
| Plaintiff,<br>By her Attorneys, | Defendant,<br>By their Attorneys, |
| /s/ V. Edward Formisano<br>V. Edward Formisano (#5512)<br>Michael D. Pushee (#6948)<br>Jessica A. Roberge (#10179)<br>Formisano & Co., P.C.<br>100 Midway Place, Suite 1<br>Cranston, RI 02920<br>(401) 944-9691<br>edf@formisanoandcompany.com<br>mpushee@formisanoandcompany.com<br>jroberge@formisanoandcompany.com | /s/ David A. Brosnihan, Esq.<br>David A. Brosnihan (#7712)<br>The Chartwell Law Offices<br>170 Worcester Street, Suite 200<br>Wellesley, MA  02481<br>(617) 420-8046<br>dbrosnihan@charterwellaw.com |

## CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on this 29th day of July, 2021 and is available for viewing and downloading from the ECF system.

　　　　　　　　　　　　　　　　　　　　　　　/s/ V. Edward Formisano